**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: SNEED, JOSEPH L.                                        §   Case No. 10-71611
                                                               §
                                                               §
Debtor(s)                                                      §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   211 South Court Street
   Room 110
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 08/24/2011 in Courtroom 115, United States Courthouse,
   211 South Court Street
   Room 115
   Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: __/ /_____    By: ___/s/ STEPHEN G. BALSLEY_____
                                                               Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: SNEED, JOSEPH L. § Case No. 10-71611
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,400.06 |
| *and approved disbursements of* | $ 896.13 |
| *leaving a balance on hand of* [1] | $ 6,503.93 |
| **Balance on hand:** | $ 6,503.93 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | JP Morgan Chase Bank, National Association | 22,088.78 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,503.93 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,400.39 | 0.00 | 1,400.39 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,376.00 | 0.00 | 2,376.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,776.39 |
| Remaining balance: | $ 2,727.54 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 2,727.54 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,727.54 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 71,217.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | First American Bank | 0.00 | 0.00 | 0.00 |
| 1 -2 | First American Bank | 52,892.87 | 0.00 | 2,025.73 |
| 2 | Mission Federal Credit Union | 12,586.31 | 0.00 | 482.04 |
| 3 | CR Evergreen, LLC | 5,738.41 | 0.00 | 219.77 |
| 4 | Mission Federal Credit Union | 0.00 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,727.54 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Joseph L. Sneed  
    Debtor

Case No. 10-71611-MB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-3   User: lorsmith   Page 1 of 1   Date Rcvd: Aug 02, 2011  
                  Form ID: pdf006   Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2011.

```
db           +Joseph L. Sneed,    425 N. Seminary Avenue,    Woodstock, IL 60098-3431
aty          +Richard T Jones,    666 Russel Court, #214,    Woodstock, IL 60098-2671
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2582
15347998     +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
15995170      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15347999     +Chase Home Equity,    Bankruptcy Department,    2901 Kinwest Drive, #300,    Irving, TX 75063-5815
15348000     +Chase Home Finance,    Attention: Bankruptcy Department,    3415 Vision Drive,
               Columbus, Oh 43219-6009
15348001     +Chase Home Finance,    c/o Echelon Recovery, Inc.,    Post Office Box 1880,
               Voorhees, NJ 08043-7880
15348002     +First American Bank,    700 Busse Road,    Elk Grove Village, IL 60007-2133
15960895     +First American Bank,    80 Stratford Drive,    Bloomingdale, IL 60108-2219
16464042     +JP Morgan Chase Bank, National Association,    PO Box 201347,    Arlington, TX 76006-1347
15348003     +Mission Federal Credit Union,    P O Box 919023,    San Diego, CA 92191-9023
15348004     +Wells Fargo Home Mortgage,    Bankruptcy Department,    3476 State View Blvd.,
               Fort Mill, SC 29715-7203
15348005     +Wells Fargo Home Mortgage,    c/o Pierce & Associates,    1 N. Dearborn Street, 13th Floor,
               Chicago, IL 60602-4321
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16789104      E-mail/PDF: BNCEmails@blinellc.com Aug 03 2011 01:56:01      CR Evergreen, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2582
17079089*    +JP Morgan Chase Bank, National Association,    PO Box 201347,    Arlington TX 76006-1347
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2011**        **Signature:** *Joseph Speetjens*