**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: SNEED, JOSEPH L.                            § Case No. 10-71611
                                                   §
                                                   §
Debtor(s)                                          §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $380,172.45 *(without deducting any secured claims)* | Assets Exempt: $53,214.31 |
| Total Distribution to Claimants: $2,727.54 | Claims Discharged Without Payment: $68,490.05 |
| Total Expenses of Administration: $4,672.52 | |

   3) Total gross receipts of $ 7,400.06 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,400.06 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $516,893.88 | $22,088.78 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,672.52 | 4,672.52 | 4,672.52 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 21,122.55 | 136,478.39 | 71,217.59 | 2,727.54 |
| **TOTAL DISBURSEMENTS** | $538,016.43 | $163,239.69 | $75,890.11 | $7,400.06 |

4) This case was originally filed under Chapter 7 on March 31, 2010. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/06/2011          By: /s/STEPHEN G. BALSLEY
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2003 Honda Accod; 87,000 miles-debtor's possessi | 1129-000 | 7,400.00 |
| Interest Income | 1270-000 | 0.06 |
| **TOTAL GROSS RECEIPTS** | | **$7,400.06** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | JP Morgan Chase Bank, National Association | 4110-000 | 21,303.81 | 22,088.78 | 0.00 | 0.00 |
| NOTFILED | First American Bank | 4110-000 | 47,881.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home Finance | 4110-000 | 229,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home Equity Bankruptcy Department | 4110-000 | 20,545.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage c/o Pierce & Associates | 4110-000 | 18,680.00 | N/A | N/A | 0.00 |
| NOTFILED | First American Bank | 4110-000 | 3,890.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage Bankruptcy Department | 4110-000 | 142,094.07 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home Finance c/o Echelon Recovery, Inc. | 4110-000 | 33,500.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$516,893.88** | **$22,088.78** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,400.39 | 1,400.39 | 1,400.39 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,376.00 | 2,376.00 | 2,376.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.13 | 8.13 | 8.13 |
| Terry Firch | 3610-000 | N/A | 888.00 | 888.00 | 888.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,672.52 | 4,672.52 | 4,672.52 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | First American Bank | 7100-000 | N/A | 52,892.87 | 0.00 | 0.00 |
| 1 -2 | First American Bank | 7100-000 | N/A | 52,892.87 | 52,892.87 | 2,025.73 |
| 2 | Mission Federal Credit Union | 7100-000 | 14,780.52 | 12,586.31 | 12,586.31 | 482.04 |
| 3 | CR Evergreen, LLC | 7100-000 | 6,342.03 | 5,738.41 | 5,738.41 | 219.77 |
| 4 | Mission Federal Credit Union | 7100-000 | N/A | 12,367.93 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | 21,122.55 | 136,478.39 | 71,217.59 | 2,727.54 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-71611  
**Case Name:** SNEED, JOSEPH L.  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 12/17/10 (c)  
**§341(a) Meeting Date:** 01/20/11  

**Period Ending:** 12/06/11  
**Claims Bar Date:** 04/29/11  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 425 N. Seminary Avenue, Woodstock, IL | 153,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 6816 Quebec Court, #3, San Diego, CA | 177,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account-Harris Bank | 381.74 | 0.00 | DA | 0.00 | FA |
| 4 | Savings account-Harris Bank | 60.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings account-Mission Federal Credit Union | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous household goods & furnishings-debt | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Miscellaneous books & pictures-debtor's possessi | 150.00 | 0.00 | DA | 0.00 | FA |
| 8 | Necessary wearing apparel-debtor's possession | 475.00 | 0.00 | DA | 0.00 | FA |
| 9 | Miscellaneous sports equipment-debtor's possessi | 700.00 | 0.00 | DA | 0.00 | FA |
| 10 | Pension; defined benefit-no cash value | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | 401(k) | 30,749.31 | 0.00 | DA | 0.00 | FA |
| 12 | 32 shares AT&T stock | 846.40 | 0.00 | DA | 0.00 | FA |
| 13 | 2003 Ford F150 pickup truck; 90,000 miles-debtor | 7,670.00 | 3,758.14 | DA | 0.00 | FA |
| 14 | 2003 Honda Accod; 87,000 miles-debtor's possessi | 7,350.00 | 7,350.00 | DA | 7,400.00 | FA |
| 15 | Desk, 2-book cases, chair-debtor's possession | 590.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.06 | FA |
| 16 | Assets   Totals (Excluding unknown values) | **$380,172.45** | **$11,108.14** | | **$7,400.06** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** July 1, 2011  
**Current Projected Date Of Final Report (TFR):** July 5, 2011 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-71611  
**Case Name:** SNEED, JOSEPH L.  

**Taxpayer ID #:** **-***4093  
**Period Ending:** 12/06/11  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******20-65 - Money Market Account  
**Blanket Bond:** $373,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/27/11 | {14} | Action Auctioneering | Proceeds from sale of 2003 Honda Accord | 1129-000 | 7,400.00 | | 7,400.00 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-71611 | 2300-000 | | 8.13 | 7,391.87 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,391.93 |
| 07/05/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 7,391.93 |
| 07/05/11 | | To Account #9200******2066 | Transfer funds from MMA to Checking Account | 9999-000 | | 7,391.93 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,400.06 | 7,400.06 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,391.93 | |
| | | | **Subtotal** | | 7,400.06 | 8.13 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,400.06** | **$8.13** | |

{} Asset reference(s)  

Printed: 12/06/2011 02:35 PM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-71611 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- | --- |
| Case Name: | SNEED, JOSEPH L. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******20-66 - Checking Account |
| Taxpayer ID #: | **-***4093 | | Blanket Bond: | $373,000.00 (per case limit) |
| Period Ending: | 12/06/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/05/11 | | From Account #9200******2065 | Transfer funds from MMA to Checking Account | 9999-000 | 7,391.93 | | 7,391.93 |
| 07/05/11 | 101 | Terry Firch | Payment of Auctioneer Fees - 2003 Honda Accord | 3610-000 | | 888.00 | 6,503.93 |
| 08/24/11 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,376.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,376.00 | 4,127.93 |
| 08/24/11 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,400.39, Trustee Compensation; Reference: | 2100-000 | | 1,400.39 | 2,727.54 |
| 08/24/11 | 104 | First American Bank | Dividend paid 3.82% on $52,892.87; Claim# 1-2; Filed: $52,892.87; Reference: | 7100-000 | | 2,025.73 | 701.81 |
| 08/24/11 | 105 | Mission Federal Credit Union | Dividend paid 3.82% on $12,586.31; Claim# 2; Filed: $12,586.31; Reference: | 7100-000 | | 482.04 | 219.77 |
| 08/24/11 | 106 | CR Evergreen, LLC | Dividend paid 3.82% on $5,738.41; Claim# 3; Filed: $5,738.41; Reference: | 7100-000 | | 219.77 | 0.00 |

| | | | | |
| --- | --- | --- | --- | --- |
| | ACCOUNT TOTALS | | 7,391.93 | 7,391.93 | $0.00 |
| | Less: Bank Transfers | | 7,391.93 | 0.00 | |
| | Subtotal | | 0.00 | 7,391.93 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $0.00 | $7,391.93 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # 9200-******20-65 | 7,400.06 | 8.13 | 0.00 |
| Checking # 9200-******20-66 | 0.00 | 7,391.93 | 0.00 |
| | $7,400.06 | $7,400.06 | $0.00 |

{} Asset reference(s)                                                                    Printed: 12/06/2011 02:35 PM    V.12.57